IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, ET AL,<br><br>        Plaintiff,<br><br>    v.<br><br>MORADO,<br><br>        Defendant. | Case No. 00-cr-00654-CRB-4<br><br>**ORDER DENYING COMPASSIONATE RELEASE** |

    James Morado has moved for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  See generally Mot. (dkt. 1735).  Because Morado has not satisfied the requirements of the applicable Sentencing Commission policy statement, his motion for early release is denied.  The Court determines that there is no need for oral argument on this matter.

    A reduction in sentence under § 3582(c) must be "consistent with applicable policy statements issued by the Sentencing Commission."  Id. § 3582(c)(1)(A); see also Dillon v. United States, 560 U.S. 817, 819 (2010) (holding that the Sentencing Commission policy statement applicable to 18 U.S.C. § 3582(c)(2) remains mandatory, even after United States v. Booker, 543 U.S. 220 (2005)).  The applicable Sentencing Commission policy statement, U.S.S.G. § 1B1.13, directs that a court may only grant compassionate release if it determines that "[t]he defendant is not a danger to the safety of any other person or to the community, as provided in 18 U.S.C. § 3142(g)."  Section 3142(g) lays out four factors for determining dangerousness: (1) "the nature and circumstances of the offense charged," (2) "the weight of the evidence against the person," (3) the history and characteristics of the person," and (4) "the nature and seriousness of the danger to any person or the community that would be posed by the person's release."

    The Court finds that Morado is a danger to the community.  Morado pled guilty to

conspiring to conduct the affairs of an enterprise through a pattern of racketeering activity, in violation of 18 U.S.C. § 1962(d).  Opp'n (dkt. 1739) at 1.  As part of that conspiracy, Morado was responsible for two murders.  Id. at 1–2.  This Court sentenced Morado to life in prison for his crime.  See Judgment (dkt. 1617).  And prior to his indictment on federal charges, Morado was sentenced to life in prison for robbery and murder in California state court.  Opp'n at 1.  The nature and circumstance of Morado's crime, the evidence against him, his history and characteristics, and the nature and seriousness of the danger he would pose to the community were he released demonstrate that he is a danger under § 3142(g).

For the foregoing reasons, the motion for compassionate release is denied.

**IT IS SO ORDERED.**

Dated: July 14, 2020



CHARLES R. BREYER
United States District Judge