DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MOHIT GOURISARIA (CABN 320754)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7063
    FAX: (415) 436-7234
    Mohit.Gourisaria@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 00-00654 CRB |
|---|---|
| Plaintiff, | ) NOTICE OF APPEARANCE OF COUNSEL |
| v. | ) |
| CEASAR RAMIREZ, et al | ) |
| Defendant. | ) |

    Please take notice that the Assistant United States Attorney whose name, address, telephone number, and email address are listed below appears in this case as counsel for the Government. Future ECF notices should be sent to Assistant United States Attorney Gourisaria, whose contact information is as follows:

    Mohit Gourisaria
    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7063
    Email: mohit.gourisaria@usdoj.gov

1  DATED: January 13, 2021            Respectfully submitted,

2                                     DAVID L. ANDERSON
                                      United States Attorney
3

4
                                        /s/ Mohit Gourisaria
5                                     MOHIT GOURISARIA
                                      Assistant United States Attorney
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SPPEARANCE OF COUNSEL            2
CR 00-00654 CRB